UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MELINDA MARTIN,

        Plaintiff,                      Case No.: 3:15-cv-346

vs.

COMMISSIONER                            Magistrate Judge Michael J. Newman
OF SOCIAL SECURITY,              (Consent Case)

        Defendant.

---

**ORDER AND ENTRY: (1) GRANTING THE JOINT, UNOPPOSED MOTION FOR REMAND (DOC. 9); (2) REVERSING THE ALJ'S NON-DISABILITY FINDING; (3) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER ADMINISTRATIVE PROCEEDINGS; (4) DIRECTING THE CLERK TO ENTER JUDGMENT IN FAVOR OF PLAINTIFF; AND (5) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

        This Social Security disability benefits appeal is presently before the undersigned for disposition based upon the parties' consent.  Doc. 7.  The parties jointly move for an Order remanding this case for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g), and for the entry of judgment pursuant to Fed. R. Civ. P. 58.  Doc. 9.  The parties state that, upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision; and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act.  *Id.*  As part of said proceedings, the Commissioner will reweigh all of the record's medical opinions and reappraise Plaintiff's credibility in a manner consistent with the regulations.  *Id.*  The Commissioner will then issue a new decision.  *Id.*

For good cause shown, and because the requirements of a Sentence Four remand have been satisfied, **IT IS ORDERED THAT:** (1) the parties' joint, unopposed motion for a Sentence Four remand (doc. 9) is **GRANTED**; (2) the ALJ's non-disability finding is **REVERSED**; (3) this case is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and (4) this case is **TERMINATED** upon the Court's docket.  The Clerk is **ORDERED** to enter judgment in favor of Plaintiff.

    **IT IS SO ORDERED.**


Date:  April 15, 2016                 *s/ Michael J. Newman*
                                                  Michael J. Newman
                                                  United States Magistrate Judge